1050

[No. 33153-1-I.   Division One.   November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY SHOECRAFT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-01179-4, Robert S. Lasnik, J., entered July 27, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 33602-9-I.   Division One.   November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TARRELL MARTEASE BARRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-01702-9, Janice Niemi, J., entered October 28, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 33909-5-I.   Division One.   November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD ALLEN GREENE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02890-0, Deborah Fleck, J., entered December 20, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 33947-8-I.   Division One.   November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD JEREMY HANKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-8-01534-8, James H. Allendoerfer, J., entered December 14, 1993. *Dismissed* by unpublished per curiam opinion.